# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140147(60)(67)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JAMES EUGENE GRISSOM,
　　　　Defendant-Appellant.

_____

SC: 140147
COA: 274148
St. Clair CC: 03-000881-FH

　　　On order of the Chief Justice, motions by defendant-appellant for extension of the time for filing his brief are considered and it appearing the brief was filed November 7, 2011, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2011

_____
Clerk